UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**           Case No. 07-cr-216-PB

**Linda Lopez**

**O R D E R**

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow time to finalize a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from May 6, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

May 5, 2008
cc:  Bjorn Lange, Esq.
     Kenneth Glidden, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal